# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY L. GRAHAM,<br><br>                Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>                Defendant. | Case No. CV 12-00425-JEM<br><br>**JUDGMENT** |

In accordance with the Memorandum Opinion and Order Reversing Decision of Commissioner and Remanding for Further Proceedings filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and remanded for further proceedings in accordance with the Memorandum Opinion and Order and with law.

DATED: August 21, 2012

                                                           */s/ John E. McDermott*
                                                          JOHN E. MCDERMOTT
                                        UNITED STATES MAGISTRATE JUDGE